FILED

AUG 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIGHTLINE PAYMENTS, LLC, | No. 10-16790 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-00397-PMP-PAL |
| v. | District of Nevada, Las Vegas |
| GLOBAL CASH ACCESS HOLDINGS, INC.; GLOBAL CASH ACCESS, INC., | |
| Defendants - Appellees. | ORDER |

Pursuant to the parties' stipulation, this appeal is dismissed with prejudice.

The copy of this order shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kwok Wong
Deputy Clerk